**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRANT & EISENHOFER P.A.,<br><br>        Plaintiff,<br><br>vs.<br><br>REUBEN A. GUTTMAN, *et al.*,<br><br>        Defendants. | Case No. 15-01483 (BAH) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Grant & Eisenhofer P.A., through its counsel, hereby voluntarily dismisses the above-captioned action without prejudice.

Dated:  November 12, 2015

FRANKFURT KURNIT KLEIN & SELZ, P.C.

/s/John B. Harris
John B. Harris
Nicole Bergstrom
488 Madison Avenue
New York, NY  10022
Email:  jharris@fkks.com
Email:  nbergstrom@fkks.com
Telephone:  (212) 980-0120
Facsimile:   (212)593-9175

NOSSAMAN LLP

/s/Paul L. Knight
Paul L. Knight (D.C. Bar No. 911594)
1666 K Street, N.W., Suite 500
Washington, DC  20006
Email: pknight@nossaman.com
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

*Attorneys for Plaintiff Grant & Eisenhofer P.A.*